*E-Filed 12/15/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TAHEE ABD RASHEED,<br><br>    Petitioner,<br><br>   v.<br><br>KELLY HARRINGTON, Warden,<br><br>    Respondent.<br>_____/ | No. C 09-4651 RS (PR)<br><br>**ORDER DENYING ISSUANCE OF A CERTIFICATE OF APPEALABILITY** |

The Court dismissed the petition for writ of habeas corpus, and entered judgment in favor of respondent on September 28, 2010. The Court declines to issue a certificate of appealability. Petitioner has not shown "that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

**IT IS SO ORDERED**.

DATED: December 14, 2010

                                                  RICHARD SEEBORG<br>
                                                  United States District Judge